Brian Donehue

2410 Burham Street

Pittsburgh, PA 15203

(412) 370-0498

brian.donehue12@gmail.com

March 16, 2026

The Honorable Judge Ranjan

U.S. District Court, Western District of Pennsylvania

700 Grant Street, Pittsburgh, PA, 15219

Your Honor,

My name is Brian Donehue. I am 31 years old and a lifelong resident of Pittsburgh, PA. I am writing to provide a character reference for my best friend, Marissa ("Mara") Segal, whom I have known for over 20 years. I am fully aware of the serious nature of the charges she faces and the gravity of these proceedings. I am writing today to offer a broader perspective on Mara's true character—the person I have known to be a compassionate, selfless protector of others, now struggling with significant mental health challenges.

Mara has always been the type of person who would give the shirt off her back to someone in need, followed by a warm meal and a safe ride home. In the two decades I have known her, her defining trait has been a fierce commitment to ensuring those around her are safe and cared for.

My earliest memory of Mara's genuine nature dates back to 2004, when we were in the fifth grade. At the time, my home life was volatile; my parents struggled with severe alcoholism, and my evenings were often spent in fear. One night, while on the phone with Mara, my father became belligerent, and picked up the phone to see who I was talking to. In a panic, I begged her to hang up to prevent her from seeing this part of my life. Mara hung up to protect my privacy, but she did not walk away. Instead, she began systematically inviting me into her home and her family events. Looking back, I realize she was intentionally creating a safe space for me. At eleven years old, she had the empathy to recognize a friend in danger and took the initiative to provide an escape.

Mara also introduced me to the value of community service. While we were still children, she invited me to join her family to participate in the Epilepsy Walk fundraiser. This was my first experience volunteering for a cause, but for her, advocacy was routine. That experience is when I realized the kind of person Mara was. As we grew up, we joined volunteering organizations through school like The Future is Mine and the Pittsburgh Youth Leadership Academy. Together, we volunteered at women's shelters, food bank drives, participated in public clean-up events, and spent time with under privileged youths at recreation centers. Mara didn't just join these programs; she sought them out and convinced me to join her because she felt a personal responsibility to help those less fortunate.

This selflessness followed us into adulthood. When I left for college with no financial or emotional support from my family, Mara and her family stepped in. They bought my clothes, school supplies, and groceries. They drove me to Greensburg, moved me into my dorm, and even provided a cell phone and paid the bill for two years to ensure I was never out of reach if I needed help. She did this without ever asking for repayment; her only concern was my stability and success.

Most recently, on August 27, 2025—the day the FBI searched her home—Mara called me in tears. Even in her darkest hour of personal crisis, her primary reaction was to profusely apologize to me. She was devastated by the pain her actions caused to her husband, her family, and her friends.

I have witnessed Mara navigate disasters, heartbreaks, and losses, and she has consistently been the person holding others up. While I do not minimize the seriousness of the current situation, I can say with certainty that the conduct in question is a profound departure from the woman I have known for 20 years. She is a person of immense heart who is currently in need of help herself.

I am truly grateful for the opportunity to share these accounts with the Court. I hope they provide insight into the kind, dedicated, and empathetic woman Mara truly is. Please feel free to contact me at the phone number or email address provided above should you require any further information.

Respectfully,

Brian Donehue