Dear Judge Ranjan,

My name is Stevie River Prugar, and I am Marissa's sister-in-law. Marissa, who goes by Mara, has been a part of my life for more than eleven years. She and my spouse share the same laugh, the same cry, and the same gentle spirit. When I learned of this situation, I was shocked and deeply saddened. While I fully respect the Court and its processes, I struggled to reconcile the person I know with the gravity of the serious crime committed and the severe consequences now before her

Mara is a kind and generous person who has consistently shown compassion for others and a strong willingness to help those in need. She has dedicated her time to supporting others through volunteering and acts of service, often putting others before herself. My hope is to provide context about her character, someone who has always tried to make a positive impact on the people around her.

I would also like to share something deeply personal. When I met Mara, I was not the person I am today. Over the past several years, I have transitioned from male to female. Through that journey, Mara has been one of my greatest supporters. She visits her parents every weekend, and over time she helped them understand my transition, learn my pronouns, and embrace my new name. With her steady encouragement, she helped strengthen my relationship with my in-laws. When she married in August 2024, she made sure that I was to attend as my full, authentic self, with only the gentle reminder that I not upstage the bride.

Mara is the kind of person you rely on when you need someone dependable, compassionate, and steady. Throughout the years I struggled with my identity, she was a supportive presence for both me and my spouse, Ali. Though my challenges caused emotional strain, Mara consistently helped us navigate those moments. She played a meaningful role in my growth into a healthier, more grounded, more hopeful person. Her kindness and perspective helped shape the positive life I now lead.

In closing, I respectfully ask the Court to consider whatever degree of leniency it deems appropriate. I recognize the seriousness of this matter, and I also know the person Mara is at her core. Her past and her character do not excuse what occurred, and she understands she must be held accountable for her actions. I simply hope the Court will also consider her character, her history, and her genuine capacity for kindness, and focus on an outcome that supports her healing and ability to rejoin society as a productive member in the future.

Kind regards,
Stevie River Prugar