Alicia Prugar
6453 Lindsey Lane
Murrysville PA  15632
412-482-8680
pointpark2012@gmail.com

**April 10, 2026**

**The Honorable Judge Ranjan**
 U.S. District Court, Western District of Pennsylvania

700 Grant Street, Pittsburgh, PA, 15219


Dear Judge Ranjan,

My name is Ali Prugar. I served as a Petty Officer 3rd Class in the United States Navy from 2010 to 2014, and I am writing in support of my sister, Marissa Segal who goes by Mara.

Mara and I have always shared a very close bond as siblings. We confide in one another, support each other through life's challenges, and have consistently been a source of strength for each other. When I learned of the charges, I was deeply shocked, and I am still trying to process the reality of the situation. This has been difficult to reconcile with the person I have known my entire life.

When I joined the military, it was a difficult time for our entire family. Throughout that period, Mara stepped up in a way that truly reflects her character. She helped ensure I could come home for the holidays, stayed closely connected during my deployments, and regularly checked in on updates about my ship, the USS Nimitz. She took it upon herself to keep our family informed and reassured, always making sure everyone was okay. Her support during that time meant more to me than I can fully express.

Mara has always been the peacekeeper in our family. During my late teens, I experienced a falling out with my parents, which played a role in my decision to enter the military. When I returned home, Mara was instrumental in helping rebuild those relationships. She brought our family back together and became a steady source of support for all of us. In her absence, we have felt that loss deeply. The void she has left has impacted our family in ways we are still struggling to fully process.

When I met my now wife, Stevi, I was overjoyed. Shortly after, I learned that she was struggling with her identity, which brought uncertainty and questions into our lives. During that time, Mara was a steady source of support for me. She reminded me that love is what matters most and encouraged me to follow my heart. She supported both of us as we grew into our more

authentic selves, and just as importantly, she helped bring our family together to support us as well.

In closing, I respectfully ask the Court to consider whatever degree of leniency it deems appropriate. I understand the seriousness of this matter, and I do not seek to diminish it. I simply hope the Court will consider the person Mara has been throughout her life, her compassion, her role as a source of strength within our family, and her genuine ability to support and uplift those around her. I truly believe in her capacity to learn, grow, and continue to be a positive presence in the lives of others.

Kind regards,
Ali Prugar