**Daniel King**

**April 10, 2026**

**239 The Blvd**
**Pittsburgh, PA 15210**
**(412) 320-3201**

**Daniki4@verizon.net**

**The Honorable Judge Ranjan**
U.S. District Court, Western District of Pennsylvania

700 Grant Street, Pittsburgh, PA, 15219

Dear Judge Ranjan,

My name is Daniel King, and I am writing this statement to share my perspective on my daughter, Marissa, who goes by Mara, and her character. I have had the privilege of knowing Mara for her entire life of 32 years, and as her father, I have watched her grow into the remarkable person she is today. I want to share a truthful account of the person Mara is, highlighting her values, her integrity, and the respect and care she shows to those around her. Throughout her life, I have seen Mara consistently demonstrate compassion, resilience, and a strong moral compass, qualities that have shaped her into the caring and thoughtful individual I am proud to call my daughter.

Both of my daughters found their current spouses about a decade ago, and Mara played an instrumental role in bringing our families closer together. She thoughtfully planned our father-daughter trips and helped navigate and resolve many challenges that arose over the years. She always ensured that everyone was cared for, whether that meant taking over serving food during holidays so my wife could sit down and eat, or driving my wife to the hospital when she burned her foot while I was at work. Mara's thoughtfulness and attentiveness have consistently made a positive difference in our family life.

When my sister-in-law suffered a stroke, she moved in with us, and I became her primary caregiver from 8 a.m. to 4:30 p.m., until my wife Lisa returned from work. She would then take over while I went to work from 5 p.m. to 1 a.m. Mara noticed how demanding this was and generously offered to help. On Saturdays, Sundays, and Mondays, she came over to assist with Aunt Linda's care, which included hourly mobility exercises, bathroom assistance, and attending to her daily needs. Her willingness to step in and support us during this challenging time was a clear example of her compassion and dedication to family.

In June of 2022, I had knee replacement surgery and was unable to drive for several months. Since my wife does not drive, we needed help managing many daily tasks. Mara stepped in, taking me to all of my follow-up appointments and therapy sessions twice a week, while also handling all of our grocery shopping. Essentially, she ran our household for several months, all while working a full 40-hour week at the hospital caring for cancer patients. Her dedication, energy, and selflessness during this time were extraordinary and deeply appreciated.

In closing, I respectfully ask the court to grant Mara as much leniency as it finds appropriate. We fully understand the seriousness of the situation, and Mara takes it very seriously herself. She is committed to learning from this experience, taking responsibility, and continuing to grow as a person. I hope that this statement has provided some insight into her character, her compassion, and the care she shows to her family and those around her. Thank you for taking the time to consider my perspective.

Thank you,
Dan King