Daniel Segal
772 Greenfield Ave
Apt B14
Pittsburgh, PA  15217
Bigdan245@yahoo.com

April 10, 2026

**The Honorable Judge Ranjan**
 U.S. District Court, Western District of Pennsylvania

700 Grant Street, Pittsburgh, PA, 15219

Dear Judge Ranjan,

My name is Dan Segal, and I am writing this statement to share my perspective on my wife, Mara, and her character. We have been together for 10 years and married for the past 18 months, and during that time I have had the privilege of knowing her deeply through our life together. I feel it is important to speak honestly about the kind of person she is, including her values, her integrity, and the way she treats the people around her. Through both everyday moments and challenging times, I have come to know Mara as someone who consistently demonstrates compassion, resilience, and a strong moral compass.

I have struggled with colitis my entire life, and because of this I have often been limited to eating only a handful of foods. Early in our relationship, Mara spent a great deal of time researching and preparing new meals that I could try without upsetting my GI tract, which was one of the first clear examples of her compassion toward me. She has always put my needs first in this way, showing care and thoughtfulness in even the smallest details of our daily life, and consistently looking for ways to support my health and well-being.

Basketball is my favorite sport, and for a long time, especially living in Pittsburgh without a local team, I spent much of my free time playing video games instead of experiencing it in person. Mara encouraged me to step outside of my comfort zone, including helping me overcome my fear of flying. Because of her support, I was able to travel, and she became my dedicated travel partner as we visited more than a dozen cities, watched over 20 professional basketball teams play, and explored different cultures and places across the United States. Her encouragement has had a lasting impact on my confidence and willingness to try new things.

In our relationship, Mara has always been the straw that stirs the drink, bringing everything together and serving as the center of our lives. She makes a genuine effort to ensure we spend

meaningful time with both of our families, understanding what matters most to each person and making sure everyone feels included. She values my family and my relationships just as much as her own, and she has helped cultivate a strong and supportive bond between me and her family, especially during challenging times.

In closing, I respectfully ask that the court grant Mara as much leniency as it finds appropriate. We fully understand the seriousness of the situation and do not take it lightly. Mara takes responsibility and is committed to learning from this experience and continuing to grow, with a genuine desire to do better moving forward. I hope this statement has helped provide some insight into her character and the kind of person she is. Thank you for taking the time to read and consider my perspective.

Best regards,
Daniel Segal