Lisa King                                                                          April 6th, 2026
239 The Blvd
Pittsburgh, PA 15210
(412) 439-4215
lisa661@verizon.net

**The Honorable Judge Ranjan**
U.S. District Court, Western District of Pennsylvania
700 Grant Street, Pittsburgh, PA, 15219

**Honorable Judge Ranjan,**

My name is Lisa King, and I am the mother of Marissa Segal, who goes by Mara. I have known Mara her entire life, and I can say without hesitation that this situation has been incredibly difficult for our family to process. I was deeply shocked when I learned of the charges. The daughter I've raised simply doesn't fit into this nightmare, and watching this unfold is a heartbreak I can't even begin to describe.

Mara has always been the heartbeat of our home. From the time she was a little girl, she's had a way of putting everyone else's needs before her own without a second thought. She is the glue that keeps our family together, the one who listens, the one who cares, and the steady hand we all reach for when things get hard.

When my older daughter, Ali, was away serving in the United States Navy, Mara stepped in to support both me and my husband, Dan King. She checked in on us every step of the way, making sure that my mental and physical health was taken care of during that incredibly challenging time. Having her there to catch me when I was so close to falling apart is a debt of love I will never be able to repay.

Even after Mara moved out to begin her life with her husband, Dan Segal, she always made time for us. Nearly every weekend, she was home helping us around the house and spending time with her father and me. She called me every night, always checking in to make sure I was doing okay.

When my husband had knee surgery, we entrusted our whole lives to Mara including his health and wellbeing, our day to day running around, and our car for several months. Without hesitation, Mara stepped up and held us up while we were down. During that time, she took her father to every one of his physical therapy appointments, managed our weekly grocery shopping, and helped around the house with chores and cleaning while doing the same for her and her husband. She did the same for me as well when I got severe burns on Thanksgiving. I don't know what we would have done without her.

After Mara told me about her charges and the severity of the situation, something shifted inside her. She didn't hide or make excuses; instead, she chose to stay true to the woman I raised by owning every part of what she did. She isn't just asking for mercy, she is seeking to understand her own mind, to heal, and to repent. She is already doing the work of being a better person, even in the hardest of places. She has been seeing a counselor ever since she was taken into custody and has been looking after her cellmates the same way she's always looked after her family.

As her mother, I am not here to ignore the weight of these charges, I carry that weight every single day. But I am here to beg the Court to see the woman I know. Please see the Mara who has spent her life stitching our family together with kindness and sacrifice. She is so much more than this moment. I have watched her grow, I have watched her heal others, and I know with every fiber of my being that she has the heart to learn from this and continue being the light our family, and this world so desperately needs.

Respectfully,


**Lisa King**