To whom this concerns,

My name is Erica Stoyanoff and I am writing on behalf of Marissa King Segal. I've known her for more than 6 years, when I started working with her mother. Their immediate family is one of the sweetest, most generous groups of people I've ever known and it was immediately apparent how loved and cherished she is. Marissa was extremely easy to get along with and to get to know, and I was pleasantly surprised when she started working with us also a few years ago.
She moved up quickly at her new job and I was recently advocating for her to get promoted again. We talk to medical patients all day and we heard time and again about how kind and considerate she is.
She has gone out of her way for loved ones many times and would do whatever she can to help anyone. She had heard in passing that it was my wish to see an in-demand sports team and surprised me with tickets and an all-expenses paid outing for my birthday last year!

I understand Marissa is facing serious charges, and I would just like the court to know that I believe she is a sweet person who would never knowingly hurt anyone. I respectfully ask that you consider her good heart and character when making your decision.

Respectfully,
Erica Stoyanoff